United States District Court
Southern District of Texas
**ENTERED**
May 06, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | **CRIMINAL ACTION NO. 4:22-CR-** |
| **VS.** | § | **00194-001,002,003,004** |
| | § | |
| **QUAYLON DAVON BROWN, JAVARION** | § | |
| **BIJON DAVIS, PRENTIS LEEWOOD** | § | |
| **DELANEY, II, and ALBERT JOE** | § | |
| **MURPHY, II** | § | |

## EXCLUDABLE DELAY ORDER

As to Defendants QUAYLON DAVON BROWN, JAVARION BIJON DAVIS, PRENTIS LEEWOOD DELANEY, II, ALBERT JOE MURPHY, II_, It is **ORDERED** that a period of excludable delay shall commence on April 12, 2025 pursuant to Title 18 U.S.C. §3161(h)(7)(A) and (B), Category T of the Speedy Trial Act Amendments of 2008.

In accordance with Title 18 U.S.C. §3161(h)(8)(A), the basis for continuance is the finding that the ends of justice served by taking this action outweigh the best interest of the public, as well as the Defendant, to a speedy trial, and is contained in a written motion filed by Defendant, and joined by Co-Defendnats. It is, therefore, **ORDERED** that the unopposed motion for continuance (Doc. 99) is **GRANTED**.

The Court finds that pursuant to Title 18 U.S.C. §3161(h)(8)(B):

[**X**]  Failure to grant a continuance would stop further proceedings or result in the miscarriage of justice.

[ ]  Case unusual or complex, and as stated in open court on -------

[ ]  Continuance is granted in order to obtain or substitute counsel, or to allow reasonable time for trial preparation.

The period of excludable delay shall end at commencement of trial or disposition of charges.

1. MOTIONS will be filed by             July 30, 2025

2. RESPONSES will be filed by           August 13, 2025

3. PRETRIAL CONFERENCE is set for       August 27, 2025 at 10:30 a.m.
   (515 Rusk, Courtroom 3A, 3rd Floor Houston, Texas)
   **DEFENDANT MUST BE PRESENT**

4. JURY selection and TRIAL set for     September 2, 2025 at 9:00 a.m.

   Signed at Houston, Texas on May 5, 2025.

_____
Keith P. Ellison
United States District Judge